**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Mary George  
Probation Officer: Gary Burney  

Date:  August 16, 2012

Criminal Action No.: 12-cr-00037-JLK

*Parties:*                                                          *Counsel:*

UNITED STATES OF AMERICA,                             James R. Boma

    Plaintiff,

v.

OSCAR D. QUINTERO, Sr.,                                   Edward A. Pluss.

    Defendant.

---

**SENTENCING MINUTES**

---

**3:08 p.m.**     **Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.

**Change of Plea Hearing: May 3, 2012**

**Defendant plead guilty to Count One of the Indictment.**

Preliminary remarks by the Court.

**ORDERED:**   Government's Motion For Defendant To Receive The Third Level For Acceptance Of Responsibility Under U.S.S.G.§3E11.1(b) [Filed 5/10/12; Doc. No. 15] is GRANTED.

**ORDERED:**   Government's Motion For Sentencing Reduction Under The Provisions Of §5K1.1, U.S. Sentencing Guidelines (Filed 5/10/12; Doc. No. 16) is GRANTED.

*12-cr-00037-JLK*
*Sentencing Hearing*
*August 16, 2012*

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Request For Variance Below The Guideline Sentence (Filed 7/6/12; Doc. No. 19) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **1 year and 1 day, with credit for time already served.**

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years** with the normal conditions of supervised release.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**It is the recommendation of this Court that the defendant be transferred to the Bureau of Prisons in the District of New Mexico.**

**3:34 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 26 minutes.